**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| SOLID WASTE SERVICES, INC. D/B/A J. P. MASCARO & SONS AND INSERVCO INSURANCE SERVICES, INC., | : | No. 30 EM 2022 |
| | : | |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| ST. LUKE'S HOSPITAL (BUREAU OF WORKERS' COMPENSATION), | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of September, 2022, the "Application under Pa.R.A.P. 3315 and 1781 for Stay/Supersedeas" is DENIED.